UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HUMANE SOCIETY OF THE DELTA**                                                              **PLAINTIFF**

v.                                    **CASE NO. 2:22-CV-00175-BSM**

**CITY OF HELENA-WEST HELENA
ARKANSAS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Humane Society was given thirty (30) days to retain new counsel and has failed to do so. *See* Doc. Nos. 14 & 17. Accordingly, E. Kent Hirsch's motion to withdraw [Doc. No. 13] is granted and this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE