UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HUMANE SOCIETY OF THE DELTA**                                                                 **PLAINTIFF**

v.                                    **CASE NO. 2:22-CV-00175-BSM**

**CITY OF HELENA-WEST HELENA
ARKANSAS,** *et al.*                                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE